IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VELOCITOR SOLUTIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20CV959 |
| ) | |
| ASA COLLEGE, INC., ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 17, 2022, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 16(f)(2) and 37(b)(2)(A) and the Court's inherent authority, Defendant's Answer is struck and Default Judgment is entered against Defendant ASA College, Inc. in favor of Plaintiff Velocitor Solutions, LLC in the total amount of **$158,860.60**, representing $156,485.60 in damages and $2,375.00 in expenses for failure to appear on November 14, 2022.

December 2, 2022

/s/   Thomas D. Schroeder
United States District Judge